AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Edgar Hinojosa<br>YOB:1976<br>USC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. M-12-1906-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 07, 2012** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC 3146 (a)(1) and 3146 (b)(1)(A)(i) | The defendant having been charged with violating Title 21, USC Section 846, a felony punishable by imprisonment up to Life, and having been released pursuant to Chapter 207 of Title 18, United States Code, on the condition that he appear in United States District Court in McAllen, Texas on September 7, 2012, for trial, in connection with said charges, did knowingly fail to appear as required |

This criminal complaint is based on these facts:
See Attachment "A"

☐ Continued on the attached sheet.

Approved by: Linda Requenez, AUSA
9/7/12

*Complainant's signature*
CI/USM Saul Solis
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/07/2012

*Judge's signature*

City and state: McAllen, Texas
U.S. Magistrate Judge
*Printed name and title*