UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

13

United States District Court
Southern District of Texas
FILED

SEP 1 8 2012

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. |
| | § | |
| EDGAR HINOJOSA | § | M-12-1515 |
| also known as "EWOK" | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about September 7, 2012, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**EDGAR HINOJOSA,**
**also known as "EWOK"**

previously having been charged in Case No. M-12-0265-S1 with violating Title 21, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, Section 2 of the United States Code, a felony punishable by imprisonment for a term of 10 years to Life, and having been released from custody pursuant to the provisions of Chapter 207, Title 18, United States Code, on the condition that he appear in the United States District Court at McAllen, Texas, in connection with said charges, did knowingly fail to appear as required for his jury trial hearing.

In violation of Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(i).

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY